UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DARREN BARCOMB, DAVID SETTERS, CHARISE CARSON, JAYNAE COLE, JOSHUA DAVIS, RAVEN HARDEN** and **MICHAEL BROADUS,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **TRACFONE WIRELESS, INC.,** <br><br> Defendant. | Case No. 1:24-cv-08710 <br><br> **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit this *Unopposed Motion for Preliminary Approval of Class Action Settlement* and the accompanying [Proposed] Order Granting Preliminary Approval of Class Action Settlement; Memorandum of Law; and Declaration of Mason A. Barney, and the exhibits attached thereto. Plaintiffs Darren Barcomb, David Setters, Charise Carson, Jaynae Cole, Joshua Davis, Raven Harden, and Michael Broadus will and hereby do move this Court, located at 500 Pearl Street Suite 8, New York, NY 10007, for an Order, pursuant to Federal Rule of Civil Procedure 23(e):

1.  Granting preliminary approval of the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant, and the attachments thereto, including the Claim Form, Short Notice, Email Notice, Long Notice, and Proposed Preliminary Approval Order, attached to the Declaration of Mason A. Barney filed in support of this motion;

1

2. Provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes only;

3. Appointing Mason A. Barney and Tyler J. Bean of the law firm Siri & Glimstad LLP as Settlement Class Counsel;

4. Appointing Darren Barcomb, David Setters, Charise Carson, Jaynae Cole, Joshua Davis, Raven Harden, and Michael Broadus as Class Representatives for the Settlement Class;

5. Approving a customary short/postcard notice to be mailed or emailed to the Settlement Class Members in forms substantially similar to those attached as Exhibits B and C to the Settlement Agreement;

6. Approving a customary long form notice to be posted on the Settlement Website in a form substantially similar to the one attached as Exhibit D to the Settlement Agreement;

7. Approving the use of a claim form substantially similar to that attached as Exhibit A to the Settlement Agreement;

8. Directing that Notice be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and its attachments;

9. Appointing Kroll Settlement Administration as the Claims Administrator; and

10. Setting a hearing date and schedule for final approval of the Settlement and such other, further, or different relief as the Court deems just and proper.

Dated: December 31, 2024

Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel. (212) 532-1091
mbarney@sirillp.com

                                                                              tbean@sirillp.com

                                                        *Proposed Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2024, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                       */s/ Mason A. Barney*
                                                       Mason A. Barney