UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DARREN BARCOMB, DAVID SETTERS, CHARISE CARSON, JAYNAE COLE, JOSHUA DAVIS, RAVEN HARDEN** and **MICHAEL BROADUS,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TRACFONE WIRELESS, INC.,**<br><br>Defendant. | Case No. 1:24-cv-08710-NRB<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to this Court's Order on March 27, 2025, granting preliminary approval of the above-captioned action (Dkt. No. 13), Plaintiffs Darren Barcomb, David Setters, Charise Carson, Jaynae Cole, Joshua Davis, Raven Harden, and Michael Broadus ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for final approval of the Settlement Agreement. Plaintiffs respectfully request that this Court:

    1.    Grant final certification of the Settlement Class, appoint Plaintiffs as Settlement Class Representatives, and appoint Siri & Glimstad LLP as Settlement Class Counsel;

    2.    Approve the requested combined attorneys' fees and expenses in the amount of $1,400,000;

    3.    Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

1

4. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

5. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and terms of the Settlement Agreement; and

6. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of this Motion, filed herewith; (3) the Declaration of Frank Ballard of Kroll Settlement Administration LLC filed herewith; (4) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and Supporting Exhibits at Dkt. Nos. 10 and 12; (5) Plaintiffs' Motion for Approval of Attorneys' Fees, Supporting Memorandum, and Supporting Declaration at Dkt. No. 16; (6) the [Proposed] Order Granting Final Approval of Class Action Settlement; (7) the records, pleadings, and papers filed in this Action; and (8) other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: September 2, 2025

Respectfully submitted,

*/s/Mason A. Barney*
Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

4

I hereby certify that on September 2, 2025, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: September 2, 2025                                      */s/Mason A. Barney*
                                                              Mason A. Barney