# Siri | Glimstad

NEW YORK | LOS ANGELES | MIAMI
PHOENIX | DETROIT | DENVER | AUSTIN

745 Fifth Ave, Suite 500, New York, NY 10151
sirillp.com | P: (212) 532-1091 | F: (646) 417-5967

September 2, 2025

> Application granted.
> **So ordered.**
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Date: New York, New York
>         September 3, 2025

**VIA ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21A
Southern District of New York
New York, NY 10007

Re: ***Barcomb, et al. v. TracFone Wireless, Inc.*, Case No. 1:24-cv-08710**

Dear Judge Buchwald:

  We represent Plaintiffs in the above-referenced action against Defendant TracFone Wireless, Inc. ("TracFone" or "Defendant"). Plaintiffs intend to file their final approval motion today as per the Court's March 27, 2025 Preliminary Approval Order, along with an accompanying declaration from the Settlement Administrator Kroll Settlement Administration ("Kroll"). We also intend to file under seal a supplemental declaration from Kroll detailing certain security procedures that were implemented during the claims process. We respectfully submit this letter pursuant to Rule 2(A)-(B) of your Honor's Individual Rules of Practice so that Plaintiffs may seek a one-week extension to file the supplemental declaration.

  The reason for this request is that this class action settlement involved a higher amount of potentially fraudulent claims than usual, and Kroll utilized multiple fraud prevention measures in order to safeguard the claims process. For the purposes of clarity, both Kroll and Plaintiffs' Counsel would like to provide a detailed explanation of these measures through a supplemental declaration. Kroll is currently in the process of drafting this declaration and going through internal reviews to ensure accuracy in the same. In order to ensure maximum accuracy and detail in this supplemental declaration, Plaintiffs' respectfully request a one-week extension, until September 9, 2025, to file their Supplemental Administrator Declaration Regarding Fraud Prevention Measures in Support of Plaintiffs' Motion for Final Approval.

  There have been no previous requests to extend this deadline, and this request does not impact any other deadlines in this case, including the final approval motion deadline set for today, and the final approval hearing currently set for September 16, 2025, which is a week after when Plaintiff proposes to file the supplemental declaration.

  We have conferred with Counsel for Defendant concerning this request, and they have advised they do not oppose this request.

We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we are available at the Court's convenience.

    Sincerely,

    */s/ Mason A. Barney*
    Mason A. Barney, Esq.
    SIRI & GLIMSTAD LLP
    mbarney@sirillp.com
    *Attorney for Plaintiffs and Settlement Class Counsel*

Cc: All counsel of record via ECF